## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

DOUGLAS JOHNSON,

       PLAINTIFF,

V.

BUFFALO WILD WINGS, INC.,

       DEFENDANT.

CIVIL NO.   11-CV-1267 (PAM/TNL)

**ORDER**

TO:    Plaintiff and Plaintiff's attorneys:  Thomas J. Lyons and Trista M. Roy, Lyons Law Firm, P.A., 367 Commerce Court, Vadnais Heights, MN 55127;

Defendant and Defendant's attorney Amie Penny, Briggs & Morgan, PA, 80 South 8th Street, Suite 2200, Minneapolis, MN 55402.

On June 22, 2011, Defendant filed a Motion to Dismiss (Docket No. 2) in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the Motion to Dismiss being denied or granted in part, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling a pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: July 1, 2011

                                               *s/ Tony N. Leung*
                                               Magistrate Judge Tony N. Leung
                                               United States District Court