

2200 IDS Center
80 South 8th Street
Minneapolis MN 55402-2157
tel 612.977.8400
fax 612.977.8650

July 5, 2011

**Amie E. Penny**
(612) 977-8831
apenny@briggs.com

**ELECTRONIC FILING**

Clerk of Court
District of Minnesota
United States Federal Courthouse
300 South Fourth Street
Minneapolis, MN  55415

   Re:   **Johnson v. Buffalo Wild Wings, Inc.**
         **Court File Number: 11-CV-1267 (PAM/TNL)**

Dear Clerk of Court:

   Pursuant to ECF Procedures Guide II.E.5, Defendant Buffalo Wild Wings, Inc. hereby withdraws its Motion to Dismiss, which was filed as Clerk Doc. No. 2.

                              Respectfully submitted,


                              */s/ Amie E. Penny*


                              Amie E. Penny

AEP/aep

**Briggs and Morgan, Professional Association**
Minneapolis  |  St. Paul  |  www.briggs.com
Member - Lex Mundi, a Global Association of Independent Law Firms

4044415v1