# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 11-CV-1267 (PAM/TNL)

| | |
|---|---|
| Douglas Johnson on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Buffalo Wild Wings, Inc. a/k/a Buffalo Wild Wings Bar & Grill,<br><br>Defendant. | **ORDER** |

Based on the Stipulation of the parties filed [*Docket No. 16*], **IT IS HEREBY ORDERED** as follows:

1. All claims asserted against Defendant Buffalo Wild Wings, Inc. a/k/a Buffalo Wild Wings Bar & Grill in the above-entitled action are hereby dismissed with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated this __16th__ day of __December__, 2011.  s/Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court